UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Phillip M. Bedford,

        Plaintiff,

v.

City of Hayward, et al.,

        Defendant.

Case No.: 3:12-cv-00294-JCS

**ORDER GRANTING IN PART AND DENYING IN PART JOINT LETTER MOTION TO COMPEL [Docket No. 41]**

The parties submitted a joint letter dated August 7, 2012.  Good cause appearing, the Court Orders as follows:

1. The motion to compel a futher response to Plaintiff's Interrogatory No. 1 is **DENIED**. The responsive documents are sufficiently described.

2. The motion to compel a futher response to Plaintiff's Interrogatory No. 3 is **GRANTED** subject to the entry of an appropriate confidentiality protective order. The parties are directed to submit a joint proposed protective order within seven (7) days of this Order.

3. The motion to compel a futher response to Plaintiff's Interrogatories Nos. 4, 6. 8, 9, and 10 is **DENIED** without prejudice.  These interrogatories are in the nature of contention interrogatories, which are appropriate only at the close of discovery.

4. The motion to compel a futher response to Plaintiff's Interrogatory No. 7 is **GRANTED**.

5. The motion to compel a futher response to Plaintiff's Interrogatories Nos. 11-17 is **DENIED**.  These interrogatories are subtantially overbroad -- nearly all of the information that would be responsive to these interrogatories would be completely

irrelevant to this case.  Plaintiff may propoud narrowly crafted interrogatories on these subjects.

6. The request to stay discovery in **DENIED.**  Additional responses required by this Order shall be provided within thirty (30) days.

IT IS SO ORDERED.

Dated:    August 21, 2012

_____
Joseph C. Spero
United States Magistrate Judge