UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP M. BEDFORD,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, ET AL.,<br><br>    Defendants. | No. 3-12-cv-0294 JCS<br><br>**ORDER GRANTING MOTION TO COMPEL PLAINTIFF'S DEPOSITION AND DENYING MOTION FOR ATTORNEYS FEES AND COSTS [Docket No. 61]** |

The Court is in receipt of a Joint Letter Brief Compelling Plaintiff's Deposition and for an Award of Attorneys Fees and Costs, dated October 1, 2012.

IT IS HEREBY ORDERED that the Motion to Compel the Deposition of the Plaintiff is GRANTED. The Plaintiff shall be deposed at a place to be selected by counsel for Defendants, on any Friday in October or November 2012 chosen by counsel for Defendants. The Motion for Attorneys Fees and Costs is DENIED.

IT IS SO ORDERED.

Dated: October 10, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge

1