**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8

PHILLIP M. BEDFORD,                              No. 3-12-cv-0294 JCS

9          Plaintiff,                            **ORDER GRANTING MOTION TO**
                                                 **COMPEL PLAINTIFF'S DEPOSITION**
10         v.                                    **AND DENYING MOTION FOR**
                                                 **ATTORNEYS FEES AND COSTS [Docket**
11    CITY OF HAYWARD, ET AL.,                    **No. 61]**

12         Defendants.
      _____/

13

14         The Court is in receipt of a Joint Letter Brief Compelling Plaintiff's Deposition and for an

15    Award of Attorneys Fees and Costs, dated October 1, 2012.

16         IT IS HEREBY ORDERED that the Motion to Compel the Deposition of the Plaintiff is

17    GRANTED.  The Plaintiff shall be deposed at a place to be selected by counsel for Defendants, on

18    any Friday in October or November 2012 chosen by counsel for Defendants. The Motion for

19    Attorneys Fees and Costs is DENIED.

20         IT IS SO ORDERED.

21

22    Dated: October 10, 2012

23

24    _____
                                JOSEPH C. SPERO
25                              United States Magistrate Judge

26
27
28

1