MICHAEL S. LAWSON (SBN 048172)
City Attorney
RAFAEL E. ALVARADO JR. (SBN 247904)
Assistant City Attorney
CITY OF HAYWARD
777 B Street, 4th Floor
Hayward, CA 94541-5007
Tel: (510) 583-4450
Fax: (510) 583-3660

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP M. BEDFORD,<br><br>   Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, OFFICER DOMINGO RODRIGUEZ, OFFICER RENE JIMENEZ, OFFICER EDWIN ANDERSON, CAPTAIN BOB PALERMINI, LIEUTENANT CHRISTINE ORREY, SERGEANT RUBEN POLA and DOES 1 through 20,<br><br>   Defendants. | Case No. CV 12-00294 JCS<br><br>STIPULATION OF DISMISSAL |

IT IS HEREBY STIPULATED by and between the parties to this action, either individually or through their respective counsel of record, that the above-captioned action to be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to the following individually-named defendants:

   OFFICER DOMINGO RODRIGUEZ

   OFFICER RENE JIMENEZ

   OFFICER EDWIN ANDERSON

   CAPTAIN BOB PALERMINI

1    LIEUTENANT CHRISTINE ORREY

2    SERGEANT RUBEN. POLA

3

4 **SO STIPULATED**

5

6 DATED: December 21, 2012     By:    *Phillip M. Bedford*

                                                     PHILLIP M. BEDFORD

7                                                    Pro Se

8

9

10 DATED: December 21, 2012          MICHAEL S. LAWSON,
                                                   City Attorney

11

12

13                                        By:      *[signature]*

                                                   RAFAEL E. ALVARADO JR.,

14                                                    Assistant City Attorney,
                                                   Attorneys for Defendants

15

16

17

18

19 Dated: Jan. 2, 2013



IT IS SO ORDERED

Judge Joseph C. Spero

20

21

22

23

24

25

26

27

28

---

Phillip M. Bedford v. City of Hayward, et al.                                                     Stipulation of Dismissal
Case No. CV 12-00294 JCS                  -2-