1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RAFAEL E. ALVARADO JR. (SBN 247904)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 B Street, 4th Floor
4  Hayward, CA 94541-5007
   Tel: (510) 583-4450
5  Fax: (510) 583-3660

6  Attorneys for Defendants

7  UNITED STATES DISTRICT COURT

8  NORTHERN DISTRICT OF CALIFORNIA

9  SAN FRANCISCO DIVISION

| PHILIP M. BEDFORD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, OFFICER DOMINGO RODRIGUEZ, OFFICER RENE JIMENEZ, OFFICER EDWIN ANDERSON, CAPTAIN BOB PALERMINI, LIEUTENANT CHRISTINE ORREY, SERGEANT RUBEN POLA and DOES 1 through 20,<br><br>Defendants. | Case No. CV 12-00294 JCS<br><br>STIPULATION OF DISMISSAL |
|---|---|

21  IT IS HEREBY STIPULATED by and between the parties to this action, either
22  individually or through their respective counsel of record, that the above-captioned action to be
23  and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), as to the following
24  individually-named defendants:
25      OFFICER DOMINGO RODRIGUEZ
26      OFFICER RENE JIMENEZ
27      OFFICER EDWIN ANDERSON
28      CAPTAIN BOB PALERMINI

LIEUTENANT CHRISTINE ORREY

SERGEANT RUBEN. POLA

**SO STIPULATED**

DATED: December 21, 2012          By:  *Phillip M. Bedford*
                                       PHILLIP M. BEDFORD
                                       Pro Se

DATED: December 21, 2012          MICHAEL S. LAWSON,
                                  City Attorney

                                  By:  _____
                                       RAFAEL E. ALVARADO JR.,
                                       Assistant City Attorney,
                                       Attorneys for Defendants

Dated: Jan. 2, 2013



IT IS SO ORDERED
Judge Joseph C. Spero