1 | MICHAEL S. LAWSON (SBN 048172)
City Attorney
2 | RAFAEL E. ALVARADO JR. (SBN 247904)
Assistant City Attorney
3 | CITY OF HAYWARD
777 B Street, 4th Floor
4 | Hayward, CA 94541-5007
Tel: (510) 583-4450
5 | Fax: (510) 583-3660

6 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PHILIP M. BEDFORD,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF HAYWARD, OFFICER DOMINGO RODRIGUEZ, OFFICER RENE JIMENEZ, OFFICER EDWIN ANDERSON, CAPTAIN BOB PALERMINI, LIEUTENANT CHRISTINE ORREY, SERGEANT RUBEN POLA and DOES 1 through 20,<br><br>Defendants. | Case No. CV 12-00294 JCS<br><br>STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE |

Phillip M. Bedford v. City of Hayward, et al.
Case No. CV 12-00294 JCS -1-
Stipulation and Proposed Order of Dismissal of the Entire Action with Prejudice

1     IT IS HEREBY STIPULATED by and between the parties to this action, either
2 individually or through their respective counsel of record, that pursuant to the terms of the
3 settlement of the entire action reached between the parties, this action shall be dismissed with
4 prejudice, each party to bear their own attorney's fee and costs.

6 **SO STIPULATED**

8 DATED: 1/16, 2013     By: *[signature]*
9                                                          PHILLIP M. BEDFORD
                                                           Pro Se

12 DATED: 1/16, 2013        MICHAEL S. LAWSON,
                                                           City Attorney

15                                                    By: *[signature]*
16                                                      RAFAEL E. ALVARADO JR.,
                                                     Assistant City Attorney,
17                                                      Attorneys for Defendants

19 **PURSUANT TO STIPULATION,**
20 **IT IS SO ORDERED:**

22 DATED: January 17, 2013     By: *[signature — Judge Joseph C. Spero / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal]*
23                                                      Hon. Joseph C. Spero
                                                     Magistrate Judge

## CERTIFICATION

I, Rafael E. Alvarado Jr., am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE. In compliance with Civil Local Rule 5-1(i), I hereby attest that all parties have concurred in this filing.

DATED: 1/16, 2013     MICHAEL S. LAWSON, City Attorney

By: _____
Rafael E. Alvarado Jr., Assistant City Attorney
Attorneys for Defendants

Phillip M. Bedford v. City of Hayward, et al.
Case No. CV 12-00294 JCS                -3-                Stipulation and Proposed Order of Dismissal
of the Entire Action with Prejudice