1  MICHAEL S. LAWSON (SBN 048172)
   City Attorney
2  RAFAEL E. ALVARADO JR. (SBN 247904)
   Assistant City Attorney
3  CITY OF HAYWARD
   777 B Street, 4th Floor
4  Hayward, CA 94541-5007
   Tel: (510) 583-4450
5  Fax: (510) 583-3660

6  Attorneys for Defendants

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                   SAN FRANCISCO DIVISION

10

11 PHILIP M. BEDFORD,                          Case No. CV 12-00294 JCS

12              Plaintiff,
                                               STIPULATION AND [PROPOSED] ORDER
13      v.                                     FOR VOLUNTARY DISMISSAL OF THE
                                               ENTIRE ACTION WITH PREJUDICE
14 CITY OF HAYWARD, OFFICER DOMINGO
   RODRIGUEZ, OFFICER RENE JIMENEZ,
15 OFFICER EDWIN ANDERSON, CAPTAIN
   BOB PALERMINI, LIEUTENANT
16 CHRISTINE ORREY, SERGEANT RUBEN
   POLA and DOES 1 through 20,
17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

---

IT IS HEREBY STIPULATED by and between the parties to this action, either individually or through their respective counsel of record, that pursuant to the terms of the settlement of the entire action reached between the parties, this action shall be dismissed with prejudice, each party to bear their own attorney's fee and costs.

**SO STIPULATED**

DATED: 1/16, 2013   By: *[signature]*
PHILLIP M. BEDFORD
Pro Se

DATED: 1/16, 2013   MICHAEL S. LAWSON,
City Attorney

By: *[signature]*
RAFAEL E. ALVARADO JR.,
Assistant City Attorney,
Attorneys for Defendants

**PURSUANT TO STIPULATION,
IT IS SO ORDERED:**

DATED: January 17, 2013   By: *[signature - Judge Joseph C. Spero]*
Hon. Joseph C. Spero
Magistrate Judge

## CERTIFICATION

I, Rafael E. Alvarado Jr., am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE. In compliance with Civil Local Rule 5-1(i), I hereby attest that all parties have concurred in this filing.

DATED: 1/16, 2013         MICHAEL S. LAWSON, City Attorney

By: _____
Rafael E. Alvarado Jr., Assistant City Attorney
Attorneys for Defendants